IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH SHAW, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION, | : | No. 13-7351 |
| Defendant. | : | |

### ORDER

AND NOW, this **1st** day of **April**, 2014, upon consideration of Defendant's Partial Motion to Dismiss Plaintiff's Federal Whistleblower Protection Act Claim, Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated April 1, 2014, it is hereby **ORDERED** that the motion (Document No. 5) is **GRANTED** and that the Second Cause of Action in Plaintiff's Complaint is **DISMISSED**.

BY THE COURT:

**Berle M. Schiller, J.**